UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

      Plaintiff(s),                            No. C 09-2174 PJH

  v.                                       **JUDGMENT**

ANTONIO CASTELLANOS, et al.,

      Defendant(s).

_____/

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant Allstate's motion to dismiss for failure to state a claim and defendant Castellanos' motion to dismiss for lack of subject matter jurisdiction,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: December 3, 2009

                                                           _____
                                                           PHYLLIS J. HAMILTON
                                                           United States District Judge